FILED
NOV 26 2007
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Carl R. Menefee, Sr. )
                          Plaintiff, )
v. )
Acxiom Information Security Services )
                          Defendant. )

07CV6605
JUDGE KENDALL
MAG. JUDGE KEYS

## COMPLAINT OF FAIR CREDIT REPORTING

1. This is an action for failure to comply with the Fair Credit Reporting Act (FCRA).

2. The Plaintiff is Carl R. Menefee, Sr. of the county of Cook in the state of Illinois.

3. The Defendant is Acxiom Information Security Services, 6111 Oak Tree Blvd., Independence, Ohio 44131. Telephone number 800.853.3228 option 3.

4. The Plaintiff sought employment at the Accountemps, A Robert Half Company at address of: 2 Mid America Plaza, Suite 1000, Oakbrook Terrace, Illinois 60181.

5. The Plaintiff became disqualified for employment at Accountemps because the Defendant's report that contained outdated negative misdemeanor criminal information.

6. The Defendant is not a state, county, municipal or other local governmental agency.

7. Jurisdiction over the statutory violation alleged is conferred for the F.C.R.A. by 15 U.S.C.~1681 c ~ 605 (a) (5).

8. The facts supporting the Plaintiff's claim of the Defendant's failure to comply with the (FCRA) are as follows:

A. ISSUE/BASIS

FAILURE TO COMPLY WITH FCRA, ON OR ABOUT SEPTEMBER 12, 2007, BECAUSE OF PLAINTIFF'S JANUARY 26, 1994, DISPOSAL OF A MISDEMEANOR CRIMINAL CONVICTION.

B. PRIMA FACIE ALLEGATIONS

1. Plaintiff has a disposition date of January 26, 1994, for a misdemeanor criminal conviction.

2. Plaintiff was qualified for, and applied for a position at Accountemps on or about August 21, 2007.

3. Defendant produced attached consumer credit report on September 12, 2007.

4. On or about October 24, 2007, Plaintiff received a letter from Accountemps, that informed him that he had been disqualified from employment with Robert Half based upon the information obtained from the Defendant.

5. On November 07, 2007, Plaintiff received a copy of the consumer credit report sent to Accountemps that was prepared by the Defendant that included outdated conviction information.

6. On November 23, 2007, Plaintiff received a letter from the Defendant dated November 21, 2007, stating they knowingly, intentionally, and willfully reported outdated conviction information against the Plaintiff.

7. In the November 21, 2007, dated letter the Defendant stated they intent on reporting the outdated conviction information indefinitely.

8. The Defendant violated the statute by reporting a conviction of a crime that antedate the report by more than seven years from the date of disposition.

2

9. The Plaintiff demands a jury trial.

10. THEREFORE, the Plaintiff asks that the court grant the following relief to the Plaintiff, order the Defendant to cease and desist the reporting of outdated negative misdemeanor criminal conviction information against the Plaintiff, issue a new report without outdated negative misdemeanor criminal conviction information to potential employer Accountemps, grant the plaintiff appropriate injunctive relief lost wages, liquidated and double damages, compensatory damages, punitive damages, pre-judgment interest, post-judgment interest, and cost, including reasonable attorney fees and expert witness fees, or grant such relief as the Court may find appropriate.

_Carl R. Menefee, Sr._
Carl R. Menefee, Sr.

11-26-07
Date

3517 Birchwood Drive
Hazel Crest IL 60429
708.335.0238

3



Date: 9/12/2007

Client: ROBERT HALF INTERNATIONAL
5720 STONERIDGE DR SUITE #3
PLEASANTON    CA   94588-2700
Attention:  01340 - OAKBROOK TERRACE

Subscriber Code   E8081130
Reference #:       PERRI SMRIGA
Location :         01340 - OAKBROOK TERRACE
Mailbox :

**CAUTION**

Information contained herein should not be the sole determining factor in evaluation of the individual. This report is submitted in STRICT CONFIDENCE, and except where required by law, no information provided in this report may be revealed directly or indirectly to any person except to one whose official duties require them to pass on the transaction in relation to which this report was ordered. This report is prepared for purposes pursuant to personal and/or agent selection, and human error in compiling this information is possible. County felony criminal records are checked at the court of general jurisdiction only. Felony records are typically housed in one location; however, jurisdictional variations may occur.

Note: Pre and Post notification requirements under the Fair Credit Reporting Act are required. If any information contained in the report will be used for an adverse action, please discuss that information with the applicant. If the applicant disputes the information, please contact us with additional identification on the applicant so we can further verify the item before any adverse action is taken.

| Applicant Name: | **MENEFEE, CARL R** | Control # | **12659442** |
|---|---|---|---|
| Social Security No | ***-**-4110 | | |
| Phone: | (708)3350238 | Ordered By | ANYONE . |
| Maiden Name/Alias': | | | |
| Address: | 3517 BIRCHWOOD DRIVE   HAZEL CREST, IL 60429 | | |

Applicant's Status: Complete
Services Ordered:

| TRUSST County Record Check | C C | MENEFEE, CARL COOK, IL | Informational Alert |
|---|---|---|---|

**TRUSST**

```
EU EP ROBERT HALF INTERN TRANSUNION ID REPORT

<FOR>           <SUB NAME>          <MKT SUB>   <INFILE>   <DATE>      <TIME>
(T) E AF8081130 ROBERT HALF         06 CH       2/81       09/06/07    15:56CT

                            *** BEST MATCH ***
<SUBJECT>                                       <SSN>
MENEFEE, CARL   R.   SR.                        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
                                                               <TELEPHONE>
                                                               846-8274

<CURRENT ADDRESS>                                              <DATE RPTD>
3517 BIRCHWOOD DR., HAZEL CREST IL. 60429                       7/00
<FORMER ADDRESS>
201812 PO BOX 201812, CHICAGO IL. 60620
8010 S. PERRY AV., CHICAGO IL. 60620                           11/98
-----------------------------------------------------------------------
S P E C I A L    M E S S A G E S
****HIGH RISK FRAUD ALERT:CLEAR FOR ALL SEARCHES PERFORMED***
**** 0000 INQUIRIES ON FILE ***
-----------------------------------------------------------------------
C O N S U M E R    S T A T E M E N T
DO NOT CONFUSE WITH CONSUMERS OF SIMILAR IDENTIFICATION; VERIFY ALL
```

Page:   1 of 2

```
Applicant Name:   MENEFEE, CARL            SSN: ***-**-4110         Control Number: 12659442
IDENTIFYING INFORMATION.
-----------------------------------------------------------------------------------------
ID REPORT SERVICED BY:
TRANSUNION                                                          800-888-4213
2 BALDWIN PLACE, P. O. BOX 1000, CHESTER, PA. 19022


END OF TRANSUNION REPORT
```

**County Record Check**

```
        *** ALIAS NAMES HAVE BEEN SEARCHED ***

                                    ** SEE BELOW **

Search Date:         09/11/2000 to 09/11/2007
Jurisdiction:        COOK
State:               IL

File Date:      07/28/1993
Case Number:         93C22042702
Charge:              RETAIL THEFT LESS THAN $150.00 - MISDEMEANOR
Disposition:         GUILTY, 1 YEAR CONDITIONAL DISCHARGE
                     01/20/1995 TERMINATED
                     CONVICTION
Disposition date:    01/26/1994
The following information was found -
Name:                CARL R MENEFEE
DOB:                 MATCHES
SSN:                 NA
Addr on File:        NA
DL#:                 NA
Physical Desc:       NA
This Felony search only includes Misdemeanors found at the county
court level.
```

Acceptance and use of this report requires the inclusion of the applicant Bill of Rights as required by the FCRA and as previously supplied by AISS. The user will indemnify AISS in the event of compliance failure. Additional copies are available free of charge upon request at 1-800-853-3228.