

### APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Carl R. MeneFee, Sr._
(Please print)

STREET ADDRESS: _3517 Birchwood Drive_

CITY/STATE/ZIP: _Hazel Crest, IL 60429_

PHONE NUMBER: _708. 335. 0238_

CASE NUMBER: **07CV6605**
**JUDGE KENDALL**
**MAG. JUDGE KEYS**

_Carl R. Menefee, Sr._
SignatureDate

FILED

NOV 2 6 2007
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT