IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Carl R. Menefee, Sr. | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 07CV6605 |
| | ) Judge Kendall |
| Acxiom Information Security Services | ) Magistrate Judge Keys |
|     Defendant. | ) |

**FILED**
NOV 2 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AMENDED COMPLAINT OF FAIR CREDIT REPORTING

1. This is an action for failure to comply with the Fair Credit Reporting Act (FCRA).

2. The Plaintiff is <u>Carl R. Menefee, Sr.</u> of the county of <u>Cook</u> in the state of <u>Illinois</u>.

3. The Defendant is <u>Acxiom Information Security Services, 6111 Oak Tree Blvd., Independence, Ohio 44131</u>. Telephone number <u>800.853.3228</u> option <u>3</u>.

4. The Plaintiff sought employment at the <u>Accountemps, A Robert Half Company</u> at address of: <u>2 Mid America Plaza, Suite 1000, Oakbrook Terrace, Illinois 60181</u>.

5. The Plaintiff became disqualified for employment at <u>Accountemps</u> because the Defendant's report that contained outdated negative misdemeanor criminal information.

6. The Defendant is not a state, county, municipal or other local governmental agency.

7. Jurisdiction over the statutory violation alleged is conferred for the F.C.R.A. by 15 U.S.C.~1681c Subsection (a) (5), (6). Amended November 2, 1998, by the Consumer Reporting Employment Clarification Act of 1998, Effective date September 30, 1997.

8. The facts supporting the Plaintiff's claim of the Defendant's failure to comply with the (FCRA) are as follows:

A. ISSUE/BASIS

FAILURE TO COMPLY WITH FCRA, ON OR ABOUT SEPTEMBER 12, 2007, BECAUSE OF PLAINTIFF'S JANUARY 26, 1994, DISPOSAL OF A MISDEMEANOR CRIMINAL CONVICTION.

B. PRIMA FACIE ALLEGATIONS

1. Plaintiff has a disposition date of January 26, 1994, for a misdemeanor criminal conviction.

2. Plaintiff was qualified for, and applied for a position at Accountemps on or about August 21, 2007.

3. Defendant produced attached consumer credit report on September 12, 2007.

4. On or about October 24, 2007, Plaintiff received a letter from Accountemps, that informed him that he had been disqualified from employment with Robert Half based upon the information obtained from the Defendant.

5. On November 07, 2007, Plaintiff received a copy of the consumer credit report sent to Accountemps that was prepared by the Defendant that included outdated conviction information.

6. On November 23, 2007, Plaintiff received a letter from the Defendant dated November 21, 2007, stating they knowingly, intentionally, and willfully reported outdated conviction information against the Plaintiff.

7. In the November 21, 2007, dated letter the Defendant stated they intent on reporting the outdated conviction information indefinitely.

8. The Defendant violates the statute by continuing to report preexisting conviction information that preceded the amended statue effective date by 3 years and 8 months.

9. The Plaintiff demands a jury trial.

10. THEREFORE, the Plaintiff asks that the court grant the following relief to the Plaintiff, order the Defendant to cease and desist the reporting of outdated negative misdemeanor criminal conviction information against the Plaintiff, issue a new report without outdated negative misdemeanor criminal conviction information to potential employer Accountemps, grant the plaintiff appropriate injunctive relief lost wages, liquidated and double damages, compensatory damages, punitive damages, pre-judgment interest, post-judgment interest, and cost, including reasonable attorney fees and expert witness fees, or grant such relief as the Court may find appropriate.

_Carl R. Menefee, Sr._  
Carl R. Menefee, Sr.

_11-28-07_  
Date

3517 Birchwood Drive  
Hazel Crest IL 60429  
708.335.0238

CH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Carl R. Menefee, Sr.
PLAINTIFF

CASE NO. 07CV6605

Judge Kendall
Magistrate Judge Keys

VS.

Acxiom Information Security Services
DEFENDANT

## PROOF OF SERVICE

TO: Acxiom Information Security Services
6111 Oak Tree Blvd
Independence, OH 44131

TO: _____

TO: _____

**FILED**
NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, the undersigned (plaintiff / ~~defendant~~), certify that on the 28 day of November, 2007, I served a copy of this Amended Complaint to each person whom it is directed by way of US Mail.

Name Carl R. Menefee, Sr.
Address 6111 Oak Tree Blvd.
City/Zip Hazel Crest, IL 60429
Telephone 708.335.0238

Carl R. Menefee, Sr.
SIGNATURE / CERTIFICATION

11-28-07
DATE