**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Carl R MeneFee Sr

                                         Plaintiff,

v.                                                                Case No.: 1:07−cv−06605
                                                                   Honorable Virginia M. Kendall

Acxiom Information Security Services

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

       MINUTE entry before Judge Virginia M. Kendall : At counsel's request, the Status hearing previously set for 1/31/08 is stricken and reset for 2/14/2008 at 09:00 AM. Joint Status Report due by 2/11/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.