IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL R. MENEFEE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07 CV 6605 |
| ) | |
| ACXIOM INFORMATION ) | Judge Kendall |
| SECURITY SERVICES, INC. ) | Magistrate Judge Keys |
| ) | |
| Defendant. ) | |

**UNCONTESTED MOTION FOR ENLARGEMENT OF TIME**

Defendant, Acxiom Information Security Services, Inc. ("AISS"), hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time of fourteen (14) additional days in which to file an Answer or otherwise file its response to Carl R. Menefee, Sr.'s ("Menefee") Amended Complaint. In support thereof, AISS states as follows:

1. On or about November 26, 2007, Menefee filed his Complaint, and thereafter on or about November 28, 2007 Menefee filed his Amended Complaint alleging a violation of the federal Fair Credit Reporting Act.

2. AISS, which has its principal office located in Independence, Ohio, is in the process of retaining local counsel.

3. AISS requires additional time to analyze Menefee's Amended Complaint and formulate an appropriate response. As a result, AISS requires an additional fourteen (14) days, through February 14, 2008, to prepare its Answer or otherwise file a response to Menefee's Amended Complaint.

4. This additional time is not meant for purposes of unnecessary delay and will not prejudice any party in this litigation. Rather, the additional time is necessary to analyze the Amended Complaint and prepare the appropriate response.

5. Defendant has conferred with Plaintiff regarding this request. Plaintiff has indicated he does not oppose the motion.

WHEREFORE, Defendant, ACXIOM INFORMATION SECURITY SERVICES, INC., pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant it a fourteen (14)-day enlargement of time, through and including February 14, 2008, to file its Answer or otherwise plead to Carl R. Menefee Sr.'s Amended Complaint.

ACXIOM INFORMATION SECURITY SERVICES, INC.

By: _____
One of Its Attorneys

J. Jordan Abbott
1 Information Way
Little Rock, Arkansas 72202.
Attorney for Acxiom Information Security Services, Inc.
(501) 342-0356
Attorney Code No.: 6257345