IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL R. MENEFEE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 07 CV 6605 |
| | ) | |
| ACXIOM INFORMATION | ) | Judge Kendall |
| SECURITY SERVICES, INC. | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

FILED
1-31-08
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Carl R. Menefee, Sr.
    3517 Birchwood Drive
    Hazel Crest, Illinois 60429

    PLEASE TAKE NOTICE that on the 14th of February, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the Defendant, Acxiom Information Security Services, Inc. ("AISS"), by and through its attorney, Jordan Abbott, shall appear before the Honorable Judge Kendall in Courtroom 2319 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present its MOTION FOR ENLARGEMENT OF TIME, at which you may appear if you see so fit.

By: _____
One of Its Attorneys

J. Jordan Abbott
1 Information Way
Little Rock, Arkansas 72202.
Attorney for Acxiom Information Security Services, Inc.
(501) 342-0356
Attorney Code No.: 6257345

1