## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07cv6605 |
|---|---|

Carl R. Menefee, Sr.
        Plaintiff

v.

Acxiom Information Security Services, Inc.
        Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Acxiom Information Security Services, Inc.

**F I L E D**
1-31-08
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME (Type or print)**<br>J. Jordan Abbott | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ *[signature]* | |
| **FIRM**<br>Acxiom | |
| **STREET ADDRESS**<br>1 Information Way | |
| **CITY/STATE/ZIP**<br>Little Rock, AR 72202 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6257345 | **TELEPHONE NUMBER**<br>501-342-0356 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |