IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL R. MENEFEE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 07 CV 6605 |
| | ) |
| ACXIOM INFORMATION | ) Judge Kendall |
| SECURITY SERVICES, INC. | ) Magistrate Judge Keys |
| | ) |
| Defendant. | ) |

### DISCLOSURE STATEMENT
### NOTIFICATION OF AFFILIATE

Defendant, Acxiom Information Security Services, Inc. ("AISS"), hereby provides this NOTIFICATION OF AFFILIATE pursuant to Local Rule 3.2.

AISS is a wholly-owned subsidiary of ACXIOM CORPORATION, a publicly traded company listed on the NASDAQ stock exchange under the ticker symbol ACXM. Acxiom Corporation is a Delaware corporation, with its principal place of business located at 1 Information Way, Little Rock, Arkansas 72202.

ACXIOM INFORMATION SECURITY SERVICES, INC.

By: _____
One of Its Attorneys

J. Jordan Abbott
1 Information Way
Little Rock, Arkansas 72202.
Attorney for Acxiom Information Security Services, Inc.
(501) 342-0356
Attorney Code No.: 6257345

1