## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Carl R MeneFee Sr

                  Plaintiff,

v.                                     Case No.: 1:07–cv–06605

                                     Honorable Virginia M. Kendall

Acxiom Information Security Services

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

       MINUTE entry before Judge Virginia M. Kendall : The Uncontested Motion for extension of time to answer [10] is granted. Defendant may have until 2/14/2008, the date set for the Initial Status hearing, to answer or otherwise respond to the complaint. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.