# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| Carl R. Menefee, Sr. | ) | |
|  | ) | |
| v. | ) | Case No. 07CV6605 |
|  | ) | Judge Kendall |
| Acxiom Information | ) | Magistrate Judge Keys |
| Security Services, Inc. | ) | |

## JOINT MOTION FOR DISMISSAL

Comes now, Plaintiff, Carl R. Menefee and Defendant, Acxiom Information Security Services, Inc., and for their Joint Motion for Dismissal, state:

1. The parties have reached a settlement.

2. The parties desire to dismiss this case with prejudice.

Wherefore, Plaintiff and Defendant respectfully request an Order dismissing this case with prejudice.

Respectfully submitted.

*Carl R. Menefee, Sr.*

Carl R. Menefee, Sr.
3517 Birchwood Drive
Hazel Crest, Illinois 60429

## SETTLEMENT AGREEMENT & RELEASE

This Settlement Agreement and Release (the "Agreement") is made and entered into on the ___ day of February, 2008, by and between Carl R. Menefee, Sr. ("Mr. Menefee") and Acxiom Information Security Services, Inc. ("Acxiom"). Mr. Menefee and Acxiom are collectively referred to herein as the "Parties".

### RECITALS

In November, 2007, Mr. Menefee filed suit against Acxiom in the federal district court for the Northern District of Illinois (Case No. 07cv6605) alleging that Acxiom had reported obsolete criminal record information about him to AccounTemps, in violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681c(a)(5). Acxiom denies the claim and contends that it has fully complied with the FCRA.

The parties desire to amicably settle and resolve all issues concerning Acxiom's September, 2007, consumer report and desire to reduce the terms and conditions of their agreement to writing.

Therefore, in consideration of the mutual promises, conditions, covenants, and agreements set forth herein and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the Parties agree as follows:

1.    _Releases_. Mr. Menefee, individually and on behalf of his agents, successors, predecessors, administrators, legal representatives, or assigns does hereby completely and fully release, acquit, and forever discharge Acxiom, its administrators, principals, agents, predecessors, successors, or assigns from any and all, actions, causes of actions, suits, controversies, claims, demands, rights, sums of money damages, judgments, or liability of any kind, that predate the Parties' signing of this agreement.

In exchange for the release, Acxiom on behalf of its administrators, principals, agents, predecessors, successors, and assigns does hereby completely and fully release, acquit, and forever discharge Mr. Menefee and any of his agents, successors, predecessors, administrators, legal representatives, or assigns from any and all actions, causes of action, suits, controversies, claims, demands, rights, sums of money, damages, judgments, or liability of any kind, that predate the Parties' signing of this agreement.

2.    _Payment_. Acxiom will pay the sum of $1,350.00 (One thousand three hundred fifty dollars) in full and final settlement of this matter. Acxiom will pay the settlement sum of $1,350.00 by check made payable to Mr. Menefee and deliver that sum to him by February 15, 2008.

1

02-07-2008   18:59 AM   FAX24 PUBLIC FAX SERVICE      From:                To:               Page   2

02/07/2008   10:56    0176                                                          PAGE   02

3.    <u>Additional Consideration</u>.  Acxiom will not report the 1994 misdemeanor conviction that was the subject of the lawsuit in future employment reports concerning Mr. Menefee.  Acxiom will deliver an amended employment report to Mr. Menefee and Accountemps by February 15, 2008.

4.    <u>Denial of Liability</u>. The parties understand and agree that the payment made pursuant hereto is made in compromise of doubtful and disputed claims, and that such payment is not to be construed as an admission or as evidence of any fact, or as an admission of any liability or fault on the part of Acxiom, who expressly denies liability.

5.    <u>Full Agreement</u>.  This agreement constitutes the full and entire understanding and agreement of the Parties with regard to the subject matter hereof, and any prior agreement, understanding, or representation concerning the same is hereby terminated and cancelled in its entirety and is of no further force and effect.  The Parties cannot alter and/or modify this Agreement except by an instrument in writing executed by each of them.

6.    <u>Reliance</u>.  Each of the Parties hereby acknowledges the legal effect of this Agreement, and represents that it has not relied upon any representations or warranties of any other party hereto.  If any of the facts or matters upon which such party now relies in making this agreement shall hereafter prove to be otherwise, this Agreement shall nevertheless remain in full force and effect.

7.    <u>Construction</u>.  This Agreement shall be governed by and construed in accordance with the laws of the State of Illinois.

8.    <u>Counterparts</u>.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

9.    <u>Severability</u>.  If any section of this Agreement is declared to be invalid by a court of competent jurisdiction, such declaration shall not affect the validity of any other section of this Agreement.

10.    Confidentiality.  The parties agree to hold the terms and conditions of this Settlement Agreement confidential, except as to disclosures required by law, and both Acxiom and Mr. Menefee agree not to disclose the terms of this Agreement to anyone other than their accountants or tax preparers or immediate family members.

In Witness Whereof, the Parties have caused this Agreement to be executed as of the date first written above.


Carl R. Menefee, Sr.          Acxiom Information Security Services, Inc.

2

02-07-2008    10:59 AM    FAX24 PUBLIC FAX SERVICE    From:    To:    Page  3

02/07/2008   10:56    0176    PAGE  03

By: _02-07-08_    By: _Carl R. Menfin, Sr._
    2/7/08

3

Date: 02/08/2008



| ROBERT HALF INTERNATIONAL | Subscriber Code | E8081130 |
| 5720 STONERIDGE DR SUITE #3 | Reference #: | PERRI SMRIGA |
| PLEASANTON          CA  94588-2700 | Location : | 01340 - OAKBROOK TERRACE |
| Attention:  RHICA FERNANDEZ | Mailbox : | |

| Applicant Name: | **MENEFEE, CARL R** | Control # | **12659442** |
| Social Security No | ***-**-4110 | Ordered By | ANYONE . |
| Phone: | (708)3350238 | | |
| Maiden Name/Alias: | 3517 BIRCHWOOD DRIVE   HAZEL CREST, IL 60429 | | |

**Applicant's Status:** Complete
**Services Ordered:**

| TRUSST | C | MENEFEE, CARL | Informational |
| County Record Check | C | COOK, IL | Clear |

**TRUSST**          **MENEFEE, CARL**          **Complete**  **Informational**

```
EU EP ROBERT HALF INTERN TRANSUNION ID REPORT

<FOR>        <SUB NAME>          <MKT SUB>  <INFILE>  <DATE>    <TIME>
(I) E AF8081130 ROBERT HALF      06 CH     2/81      09/06/07  15:56CT

                      *** BEST MATCH ***
<SUBJECT>                                  <SSN>
MENEFEE, CARL   R.   SR.                    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
                                                      <TELEPHONE>
                                                      846-8274

<CURRENT ADDRESS>                                     <DATE RPTD>
3517 BIRCHWOOD DR., HAZEL CREST IL. 60429              7/00
<FORMER ADDRESS>
201812 PO BOX 201812, CHICAGO IL. 60620               11/98
8010 S. PERRY AV., CHICAGO IL. 60620
-------------------------------------------------------------
S P E C I A L   M E S S A G E S
****HIGH RISK FRAUD ALERT:CLEAR FOR ALL SEARCHES PERFORMED***
**** 0000 INQUIRIES ON FILE ***
-------------------------------------------------------------
C O N S U M E R   S T A T E M E N T
DO NOT CONFUSE WITH CONSUMERS OF SIMILAR IDENTIFICATION; VERIFY ALL
IDENTIFYING INFORMATION.
-------------------------------------------------------------
ID REPORT SERVICED BY:
```

Applicant Name:  MENEFEE, CARL                 SSN: ***-**-4110            Control Number: 12659442
TRANSUNION                                                                 800-888-4213
2 BALDWIN PLACE, P. O. BOX 1000, CHESTER, PA. 19022


   END OF TRANSUNION REPORT

**County Record Check          COOK, IL                          Complete    Clear**

     *** ALIAS NAMES HAVE BEEN SEARCHED ***

** AMENDED **
Felony/Misdemeanor Record Check    *** CLEAR ***

Jurisdiction:    COOK, IL

Records Were Checked For a Minimum of Seven Years


The above court was checked and no Felony/Misdemeanor records were found.
This search includes Misdemeanors found at the county court level.

---

**CAUTION**

Information contained herein should not be the sole determining factor in evaluation of the individual. This report is submitted in STRICT CONFIDENCE, and except where required by law, no information provided in this report may be revealed directly or indirectly to any person except to one whose official duties require them to pass on the transaction in relation to which this report was ordered. This report is prepared for purposes pursuant to personal and/or agent selection, and human error in compiling this information is possible. County felony criminal records are checked at the court of general jurisdiction only. Felony records are typically housed in one location; however, jurisdictional variations may occur.

Note: Pre and Post notification requirements under the Fair Credit Reporting Act are required. If any information contained in the report will be used for an adverse action, please discuss that information with the applicant. If the applicant disputes the information, please contact us with additional identification on the applicant so we can further verify the item before any adverse action is taken.

---

Acceptance and use of this report requires the inclusion of the applicant Bill  of Rights as required by the FCRA and as previously supplied by AISS. The user will indemnify AISS in the event of compliance failure.  Additional copies are available free of charge upon request at 1-800-853-3228.