

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL R. MENEFEE, SR., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 07 CV 6605 |
| ACXIOM INFORMATION SECURITY SERVICES, INC. | ) Judge Kendall<br>) Magistrate Judge Keys |
| Defendant. | ) |

*FILED FEB 12 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

### NOTICE OF MOTION

TO: Jordan Abbott
    1 Information Way
    Little Rock, AR 72202

    PLEASE TAKE NOTICE that on the 14th of February, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiff, Carl R. Menefee, Sr. shall appear before the Honorable Judge Kendall in Courtroom 2319 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the JOINT MOTION FOR DISMISSAL OF TIME, at which you may appear if you see so fit.

By: *Carl R. Menefee Sr.*

1