## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Carl R MeneFee Sr

                                   Plaintiff,

v.                                                                Case No.: 1:07−cv−06605
                                                                        Honorable Virginia M. Kendall

Acxiom Information Security Services

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Virginia M. Kendall : The Joint Motion to Dismiss [15] is granted. Case is dismissed with prejudice. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.