# United States District Court

## Northern District of Illinois
Eastern Division

MeneFee  **JUDGMENT IN A CIVIL CASE**

      v.  Case Number: 07 C 6605

Acxiom Information Security Service

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the terms of the Settlement Agreement & Release entered into by the parties, this case is hereby dismissed with prejudice.

 

Michael W. Dobbins, Clerk of Court

Date: 2/13/2008             /s/ Ken Wood, Deputy Clerk